UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **ALEJANDRO YEATTS,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | No. 3:16-cv-706-MGG |
| ) | |
| **ZIMMER BIOMET HOLDINGS, INC.,** ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF APPEAL

Notice is hereby given that Alejandro Yeatts, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from the final judgment entered in this action on the 18th day of January, 2019.

Date: February 12, 2019          Respectfully submitted,

/s/ Paul F. Enzinna
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

Michael P. Misch
Attorney No. 27970-71
Anderson Agostino & Keller, P.C.
131 South Taylor Street
South Bend, IN 46601
574.288.1510
misch@aaklaw.com

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2019, a copy of the foregoing Notice of Appeal was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Date: February 12, 2019                         Respectfully submitted,

 /s/ Paul F. Enzinna
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff Alejandro Yeatts*