## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

### FINAL JUDGMENT

October 8, 2019

Before:

JOEL M. FLAUM, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| No. 19-1269 | ALEJANDRO YEATTS,<br>Plaintiff - Appellant<br><br>v.<br><br>ZIMMER BIOMET HOLDINGS, INC.,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:16-cv-00706-MGG<br>Northern District of Indiana, South Bend Division<br>Magistrate Judge Michael G. Gotsch ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)